**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01179-REB-MJW

THE WEITZ COMPANY, LLC,
BAKER CONCRETE CONSTRUCTION, INC.,
LAFARGE WEST, INC., and
BASE VILLAGE OWNER, LLC,

      Plaintiffs,

v.

CAPITOL PEAK LODGE CONDOMINIUM ASSOCIATION, INC.,

      Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

      The matter before me is the magistrate judge's **Recommendation on Defendant's Motion To Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) (Docket No. 22)** [#47],[1] filed October 31, 2013.  No timely objection having been filed, I review the recommendation for plain error only.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

    [1]  "[#47]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation on Defendant's Motion To Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) (Docket No. 22)** [#47], filed October 31 2013, is **APPROVED AND ADOPTED** as an order of this court;

2.  That **Defendant's Motion To Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6)** [#22], filed June 2428, 2013, is **GRANTED IN PART** and **DENIED AS MOOT IN PART** as follows:

   a.  That the motion is **GRANTED** to the extent it seeks to dismiss this case based on lack of subject matter jurisdiction in this court; and

   b.  That in all other respects, the motion is **DENIED AS MOOT**;

3.  That plaintiff's claims in this matter are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction in this court;

4.  That judgment without prejudice **SHALL ENTER** on behalf of defendant, Capitol Peak Lodge Condominium Association, Inc., a Colorado nonprofit corporation, against plaintiffs, The Weitz Company, LLC, an Iowa limited liability company; Baker Concrete Construction, Inc., an Ohio corporation; LaFarge West, Inc., a Delaware corporation; and Base Village Owner, LLC, a Delaware limited liability company, jointly and severally, on all claims for relief and causes of action;

5.  That all pretrial deadlines, the Trial Preparation Conference set April 4, 2014, at 2:30 p.m., and the bench trial set April 7, 2014, are **VACATED**; and

6.  That  defendant is **AWARDED** its costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated November 22, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge